UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

    James F. Wynn,                              Case No. BT 15-01621
                                                      Chapter 7
                                                      Honorable James W. Boyd

_____Debtor./

Daniel M. McDermott,
United States Trustee,
                      Plaintiff,

v.                                                  Adv. Pro.  18- 80071

James F. Wynn,

                      Defendant.

## **DEFAULT JUDGMENT**

The Court, having determined to grant the United States Trustee's Application for Entry of Default Judgment; a hearing having been held on August 2, 2018; the U.S. Trustee having appeared; the Debtor Defendant having failed to appear; for the reasons stated on the record, now therefore,

**IT IS ORDERED THAT:**

    1.    A Default Judgment is entered against James F. Wynn.

    2.    The Debtor/Defendant's discharge is revokes pursuant to 11 U.S.C. Section 727(d)(3).  All provisions of 11 U.S.C. Section 349 shall be effective.

    3.    All further stay of collection proceedings against the Debtor/Defendant are terminated, and creditors may take whatever action is permitted by applicable nonbankruptcy law to collect their respective debts without further permission of this Court.

    4.    The Clerk of the Court shall serve a copy of this Order on the Defendant and all parties on the mailing matrix in this case

Order Prepared By:
Michelle M. Wilson
Trial Attorney
Office of the United States Trustee
125 Ottawa Avenue, NW, Suite 200R
Grand Rapids, Michigan 49503
(616) 456-2002, ext. 119

## END OF ORDER

**IT IS SO ORDERED.**

**Dated August 6, 2018**



James W. Boyd
United States Bankruptcy Judge